IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHNNY BETTS,<br><br>      Plaintiff,<br><br>      v.<br><br>CITY OF CHICAGO, ILLINOIS, and<br>CHICAGO POLICE OFFICER L. PIERRI Star<br>No. 10956, and CHICAGO POLICE OFFICER<br>V.R. STINAR, Star No. 4017<br><br>      Defendants. | No. 09-C-4095<br><br>Judge John F. Grady |

**DEFENDANTS' MOTION FOR JUDGMENT
IN FAVOR OF DEFENDANT CITY OF CHICAGO**

Defendant, CITY OF CHICAGO, move for judgment as a matter of law against Plaintiff on all claims against it. In support thereof, Defendant states as follows:

1.  On January 14, 2010, this Court (Judge Gottschall) granted the Defendants' unopposed motion to bifurcate the claims against the City of Chicago, specifically based on *Monell*, from the claims against the Defendant officers, and to stay discovery and trial as to the City of Chicago.

2.  On July 23-24, 2012, this matter was tried to a jury as to Defendant Officers Stinar and Pierri.

3.  On July 25, 2012, the jury returned a verdict as to the individual defendants, Stinar and Pierri, on all counts, including the 42 U.S.C. § 1983 claim.

4.  On July 25, 2012, this Court entered Judgment in favor of Defendants Stinar and Pierri and against the Plaintiff. (Dkt. 124).

5. Because the jury determined that the individual officers did not violate Plaintiff's constitutional rights, and because the jury found in favor of all individual defendants on the state law claim, this Court should enter judgment in favor of Defendant City of Chicago on all claims.

## CONCLUSION

For the foregoing reasons, this Court should enter judgment as a matter of law in favor of the Defendant, City of Chicago.

Respectfully Submitted

/s/ Brandon K. Lemley
Attorney for Defendants

Brandon K. Lemley
Querrey & Harrow, LTD
175 W. Jackson, Ste. 1600
Chicago, IL 60604
312-540-7000